### Lee Wayne HUNT, Plaintiff–Appellant,

v.

### Patricia L. CHAVIS; Roger Thompson; Emilio Pagan; Samuel Smith, Defendants–Appellees,

and

### Daniel L. Stieneke, Defendant.

#### No. 00–7308.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

---

Lee Wayne Hunt, pro se. William McBlief, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lee Wayne Hunt appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Hunt's motion for appointment of counsel and affirm on the reasoning of the district court. *See Hunt v. Chavis*, No. CA-98-942-5-F (E.D.N.C. Aug. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*